IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-60027-01-AA |
| | ) |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **GOVERNMENT'S MOTION** |
| v. | ) **PURSUANT TO RULE 35(b)** |
| | ) **FOR REDUCTION OF SENTENCE** |
| ERICA ANN HILL, | ) |
| | ) |
| Defendant. | ) |

The Motion for Sentence Reduction filed by the Government is GRANTED;

IT IS HEREBY ORDERED that Defendant's sentence is reduced to 24 months.

DATED this _29_ day of January, 2007.

_____
HONORABLE ANN L. AIKEN
U.S. District Judge

Order.